IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:05cr90-M |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| Rotario K. Jackson | ) | INFORMATION |
| 74 Deer Field Ct. Apt 407 | ) | |
| Daleville, AL 36322 | ) | |

RECEIVED 2005 APR 19 P 4: 21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The United States Attorney charges that:

On or about the 26th of November 2004, at Fort Rucker, Alabama, in the Middle District of Alabama, ROTARIO K. JACKSON, did knowingly steal, purloin, conceal and retain, with intent to convert to his use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: one (1) DVD movie in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*[signature]*
SEAN P. TARANTINO
SPECIAL ASSISTANT U.S. ATTORNEY
IL BAR NO. 6279909
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | )     AFFIDAVIT |
| DALE COUNTY | ) |

The undersigned, being first duly sworn, deposes and says:

   I am a Military Police Officer at Fort Rucker, Alabama. Investigation revealed that at approximately 9:06 P.M., November 26, 2004, ROTARIO JACKSON stole a DVD movie. ROTARIO JACKSON, an employee at the Army and Air Force Post Exchange, building 9214, Fort Rucker, Alabama, removed a "Spiderman 2 DVD Movie" from the store without rendering payment. ROTARIO JACKSON was asked by the store security officer did he take the movie, at first he denied the offense. He then stated that the movie was in his car. The movie was a new release and would not have been available for purchase until November 30, 2004. Upon arrival of the military police, ROTARIO JACKSON was advised of his legal rights, which he waived and rendered a written sworn statement admitting to offense.

_____
Fredrick Sullivan, SPC, U.S. ARMY

Subscribed and sworn (or affirmed) before me this the ___ day of _____ 2005.

_____
NOTARY PUBLIC
My commission expires: Nov. 19, 2005