**COURTROOM DEPUTY MINUTES**          **DATE:**  __5/17/05__
**MIDDLE DISTRICT OF ALABAMA**

                                        **TAPE NO:**  __4067 @ 920 TO 1175__
☒  **INITIAL APPEARANCE**                 **(11: 47 a.m. to 11:50 a.m.)**
☐  **BOND HEARING**
☐  **DETENTION HEARING**
☐  **REMOVAL HEARING (R.40)**
☒  **ARRAIGNMENT**
☐  **PRELIMINARY EXAMINATION**

**PRESIDING MAG. JUDGE:** _VANZETTA P. MCPHERSON_     **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NO.** _1:05CR90-VPM_                    **NAME:** _ROTARIO K. JACKSON_

**AUSA:** _SEAN P. TARANTINO_               **DEFT. ATTY:** __JOSPEH VAN HEEST__
                              **Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ☒ CDO**
**USPO:** _____

**Defendant** _____ **does** ✓**does NOT need an interpreter**

**Interpreter present** _____✓___**NO** _____**YES**     **NAME:** _____

☐kars.        Date of Arrest _____ or ☐karsr40
☒kia.         Deft. First Appearance. Advised of rights/charges.  ☐Pro/Sup Rel Violator
☒cnsl.        Deft. First Appearance with Counsel
☐            Deft. First Appearance without Counsel
☐            Requests appointed Counsel      ☒ ORAL MOTION
☒finaff.       Financial Affidavit executed  ☐ to be obtained by PTSO
☒koappted   ORDER appointing Community Defender Organization -   **ORAL ORDER**
☐k20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐            Deft. Advises he will retain counsel.  Has retained _____
☐kgm.        ☐ Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written
              motion; ☐Government's **WRITTEN** Motion for Detention Hrg. filed
☐kdmhrg.     Detention Hearing ☐ held; ☐ set for _____ at _____
☐kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐kodtn.       **ORDER OF DETENTION PENDING TRIAL** entered
☐kocondrls.   Release order entered.  Deft. advised of conditions of release
☐kbnd.        ☐BOND EXECUTED (M/D AL charges) $_____. Deft released  (kloc LR)
              ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐kloc.(LC)   Bond not executed.  Deft to remain in Marshal's custody
☐ko.         Deft. **ORDERED REMOVED** to originating district
☐kwvprl.      Waiver of  ☐ Preliminary Hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
☐            Court finds **PROBABLE CAUSE.**  Defendant bound over to the Grand Jury.
☒karr.        ARRAIGNMENT ☒ **HELD.**  Plea of **NOT GUILTY** entered.
              ☐ Trial Set for _____   ☐ PRETRIAL CONF. DATE: _____
              DISCOVERY DISCLOSURES DATE: _____
☐krmknn.     **NOTICE** to retained Criminal Defense Attorney handed to Counsel

**\* Trial to be set for special setting in Montgomery.\***