IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.   1:05CR90-M |
| | ) | [WO] |
| ROTARIO K. JACKSON | ) | |

**ORDER ON MOTION**

Upon consideration of the defendant's Unopposed Motion To Continue Trial, filed on 27 June 2005 (Doc. # 10), and for good cause, it is

ORDERED that the motion is GRANTED.  The government is currently evaluating the defendant's request for Pretrial Diversion.  Accordingly, it is further

ORDERED that this case is hereby reset for the misdemeanor term commencing on 19 September 2005.

DONE this 29th day of June, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE