FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                    ) | CR NO. 1:05CR90-M |
| ) | |
| ROTARIO JACKSON        ) | |
| ) | |

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

Comes now the United States of America, by and through its Special Assistant U.S. Attorney and request this Court to propound the attached questions to the jury venire in this case.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Sean P. Tarantino
SEAN P. TARANTINO
IL BAR NO. 6279909
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama  36362
(334) 255-9708/9141

## GOVERNMENT'S PROPOSED VOIR DIRE

1. Do any of you know the Defendant, Rotario Jackson, or any member of his family, or any friends of his, on either a personal, business, or professional basis?

2. Do any of you know the Defense Attorney, Kevin Butler, or any friends of his, on either a personal, business, or professional basis?

3. Have any of you or a family member or a close friend ever served in the United States military?

4. Are any of you familiar with Fort Rucker?

5. Have any of you ever felt you were treated unfairly by a Judge, Prosecutor, lawyer etc.?

6. Have any of you ever been arrested or apprehended, whether the charge was dismissed or you were acquitted?

7. Would any of you be inclined not to believe the military police officers or investigators based on any of your experiences before coming here today?

8. Have you or any friend or relative ever been arrested or convicted for the crime of Theft of property or money, or any other crime?

9. As jurors, you will be the judges of the facts in this case. Do any of you feel that you are unable to personally sit and judge this case for any reason?

10. The Government must prove its case beyond reasonable doubt. If the Government meets its burden of proof, do any of you feel you would still not be able to find the defendant guilty of theft?

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Kevin Butler, Attorney for Rotario Jackson.

/s/ Sean P. Tarantino
SEAN P. TARANTINO
IL BAR NO. 6279909
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama  36362
(334) 255-9708/9141