```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
                               )  CASE No. 1:05CR90-M
                               )
        V.                     )
                               )
                               )
ROTARIO JACKSON                )
                               )
```

GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

Comes now the United States of America, by and through its Special Assistant U.S. Attorney and respectively proposes the following numbered instructions be read to the jury in the trial of the above-styled case:

```
                        Respectively submitted,

                        LEURA GARRETT CANARY
                        UNITED STATES ATTORNEY


                        /s/Sean P. Tarantino
                        SEAN P. TARANTINO
                        Special Assistant U.S. Attorney
                        IL. BAR NO. 6279909
                        Office of the Staff Judge Advocate
                        Soldier Service Center, Bldg 5700
                        Fort Rucker, Alabama 36362
                        (334)255-9141
```

**GOVERNMENT'S REQUESTED JURY INSTRUCTION NO.1**

<u>DUTY TO FOLLOW INSTRUCTIONS, PRESUMPTION OF INNOCENCE,
AND BURDEN OF PROOF</u>

It will be your duty to decide whether the government has proven beyond a reasonable doubt the specific facts necessary to find the defendant guilty of the crime charged in the information. You must make your decision only on the basis of the testimony and other evidence presented here during the trial; and you must not be influenced in any way by either sympathy or prejudice for or against the defendant or the government.

You must also follow the law as I explain it to you whether you agree with that law or not; and you must follow all of my instructions as a whole. You may not single out or disregard any of the court's instructions on the law.

The information against the defendant is not evidence of guilt. Indeed, the defendant is presumed by the law to be innocent. The law does not require a defendant to prove his innocence or to produce any evidence at all. The government has the burden of proving a defendant guilty beyond a reasonable doubt, and if it fails to do so, you must find the defendant not guilty.

_____ GIVEN

_____ NOT GIVEN

**GOVERNMENT'S REQUESTED JURY INSTRUCTION NO.2**

<u>REASONABLE DOUBT</u>

Thus, while the government's burden of proof is a strict or heavy burden, it is not necessary that the defendant's guilt be proved beyond all possible doubt. It is only required that the government's proof exclude any "reasonable" doubt concerning the defendant's guilt. A "reasonable doubt" is a real doubt, based upon reason and common sense after careful and impartial consideration of all of the evidence in the case.

Proof beyond a reasonable doubt, therefore, is proof of such a convincing character that you would be willing to rely and act upon it without hesitation in the most important of your own affairs. If you are convinced that the defendant has been proved guilty beyond a reasonable doubt, it is your duty to say so.

\_\_\_\_\_ GIVEN

\_\_\_\_\_ NOT GIVEN

**GOVERNMENT'S REQUESTED JURY INSTRUCTION NO.3**

<u>EVIDENCE-DIRECT AND CIRCUMSTANTIAL</u>

As I stated earlier, you must consider only the evidence that I have admitted in the case. The term "evidence" includes the testimony of the witnesses and the exhibits admitted in the record. Remember that anything that the lawyers say is not evidence in the case. It is your own recollection and interpretation of the evidence that controls. What the lawyers say is not binding upon you.

In considering the evidence, you may make deductions and reach conclusions which reason and common sense lead you to make; and you should not be concerned about whether the evidence is direct or circumstantial. "Direct evidence" is the testimony of one who asserts actual knowledge of a fact, such as an eye witness. "Circumstantial evidence" is proof of a chain of facts and circumstances indicating that the defendant is either guilty or not guilty. The law makes no distinction between the weight you may give to either direct or circumstantial evidence.

_____ GIVEN

_____ NOT GIVEN

**GOVERNMENT'S REQUESTED JURY INSTRUCTION NO.4**

<u>EVALUATION OF TESTIMONY</u>

Now, saying that you must consider all of the evidence, I do not mean that you must accept all of the evidence as true or accurate. You should decide whether you believe what each witnesses had to say, and how important that testimony was. In making that decision, you may believe or disbelieve any witness in whole or in part. Also, the number of witnesses testifying concerning any particular dispute is not controlling. You may decide that the testimony of a smaller number of witnesses concerning any fact in dispute is more believable than the testimony of a larger number of witnesses to the contrary. In deciding whether you believe or do not believe any witness, I suggest that you ask yourself a few questions.

Did the person impress you as one who was telling the truth?

Did he or she have any particular reason not to tell the truth?

Did he or she have any personal interest in the outcome of the case?

Did the witness seem to have a good memory?

Did the witness have the opportunity and ability to observe accurately the things he or she testified about?

Did he or she appear to understand the questions clearly and answer them directly?

Did the witness' testimony differ from the testimony of other witnesses?

You should also ask yourself whether there was evidence tending to prove that the witness testified falsely concerning some important facts; or, whether there was evidence that at some other time the witness said or did something, or failed to say or do something, which was different from the testimony he or she gave before you during the trial.

You should keep in mind, of course, that a simple mistake by a witness does not necessarily mean that the witness was not telling the truth as he or she remembers it, because people tend naturally to forget some things or remember other things inaccurately.  So, if a witness has made a misstatement, you need to consider whether that misstatement was simply an innocent lapse of memory or an intentional falsehood; and that may depend on whether it has to do with an important fact or only with an unimportant detail.

_____ GIVEN

_____ NOT GIVEN

**GOVERNMENT'S REQUESTED JURY INSTRUCTION NO.5**

<u>DEFENDANT TESTIMONY</u>

If the defendant takes the stand:

    The defendant testified, as he had a right to do.  The law says you should not disregard his testimony just because he is the one on trial.  Do not disregard his testimony just because he is the defendant, but weigh it and evaluate it and measure it by the same standards that you did any other witness' testimony.

_____ GIVEN

_____ NOT GIVEN

**GOVERNMENT'S REQUESTED JURY INSTRUCTION NO.6**

<u>THEFT OF GOVERNMENT MONEY OR PROPERTY</u>
18 USC 641

Title 18, United States Code, Section 641, makes it a Federal crime or offense for anyone to steal any money or property belonging to the United States having a value of $1,000 or less.

The Defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

*First*:  That the money or property belonged to the United States and had a value of $1,000 or less at the time alleged;

*Second*: That the Defendant stole or converted such money or property to his own use or to the use of another; and

*Third:*  That the Defendant did so knowingly and willfully with intent to deprive the owner of the use or benefit of the money or property so taken.

The word "value" means the fact, par, or market value, or cost price, either wholesale or retail, whichever is greater.

It is not necessary to prove that the Defendant knew that the Government owned the property at the time of the wrongful taking so long as it is established, beyond a reasonable doubt, that the Government did in fact own the money or property involved, that it had a value of $1,000 or less, and that the Defendant knowingly and willfully stole or converted it.

[To "steal" or "convert" means the wrongful or willful taking of money or property belonging to someone else with intent to deprive the owner of its use or benefit either temporarily or

permanently. No particular type of movement or carrying away is required to constitute a "taking" as that word is used in these instructions.]

Any appreciable change in the location of the property with the necessary willful intent constitutes a stealing whether or not there is any actual removal of it from the owner's premises.

_____  GIVEN

_____  NOT GIVEN

## GOVERNMENT'S REQUESTED JURY INSTRUCTION NO.7

### PUNISHMENT

Also, the question of punishment should never be considered by a jury in any way in deciding the case. If the defendant is convicted, the matter of punishment is for the judge to determine.

_____  GIVEN

_____  NOT GIVEN

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that on September 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Kevin Butler, Attorney for Rotario Jackson.

/s/ Sean P. Tarantino
SEAN P. TARANTINO
SPECIAL ASSISTANT U.S ATTORNEY
IL BAR NO. 6279909
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141