**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CR. No.: 1:05cr90-M** |
| | **)** | |
| **ROTARIO K. JACKSON** | **)** | |

**<u>MOTION TO CONTINUE TRIAL</u>**

COMES NOW the Defendant, Rotario K. Jackson, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §3161(h)(3)(A)(B), respectfully moves this Court to continue the trial of this matter past the currently scheduled September 19, 2005 trial term.  In support of this Motion, defendant would show the following:

1.      Mr. Jackson is charged with theft of government property.

2.      Undersigned counsel has been unable to contact Mr. Jackson through phone calls or written correspondence.  As a result of the inability to discuss the case with Mr. Jackson, undersigned counsel is not prepared to go forward with trial on September 19, 2005.

FOR THE REASONS ABOVE, Mr. Jackson respectfully requests that this Motion be granted and the trial in this matter be continued from the September 19, 2005 trial docket.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 1:05cr90-M** |
| | ) | |
| **ROTARIO K. JACKSON** | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2005, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

Sean Tarantino, Esquire
Special Assistant United States Attorney
Ft. Rucker, Alabama

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

2