**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 1:05cr90-M** |
| | ) | |
| **ROTARIO K. JACKSON** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, Rotario K. Jackson, by and through undersigned counsel, Kevin L. Butler, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 20th day of October 2005.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CR. No.: 1:05cr90-M** |
| | **)** | |
| **ROTARIO K. JACKSON** | **)** | |

_____    **CERTIFICATE OF SERVICE**

     I hereby certify that on October 20, 2005, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

Sean Tarantino, Esquire
Special Assistant United States Attorney
Ft. Rucker, Alabama

                                       Respectfully submitted,

                                       s/ Kevin L. Butler
                                       KEVIN L. BUTLER
                                       First Assistant Federal Defender
                                       201 Monroe Street, Suite 407
                                       Montgomery, Alabama 36104
                                       Phone: (334) 834-2099
                                       Fax: (334) 834-0353
                                       E-mail: kevin_butler@fd.org
                                       AZ Bar Code: 014138