IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05cr90-VPM |
| | ) | |
| ROTARIO K. JACKSON | ) | |

## **ORDER**

The defendant, ROTARIO K. JACKSON, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, ROTARIO K. JACKSON, appear with counsel before the Magistrate Judge Susan Walker on 8 November 2005 at 10:00 a.m. at Soldier Service Center, Building 5700, Room 342, Fort Rucker, Alabama to enter a change of plea.

DONE this 21st day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE