| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: November 8, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:25 - 11:45 |
| | Tape #5059   2620 - 2957 |

❏ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:05cr90-W   **DEFENDANT NAME:** Rotario K. Jackson
**AUSA:** Sean Tarantino   **DEFENDANT ATTORNEY:** Kevin Butler

Type counsel ( )Waived; ( )Retained; ( )CJA; (√ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Bob Pitcher
Interpreter present? ( √ )NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender.  Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ❏ **Not Guilty**
√ **Guilty as to:**
   √ **Count(s): 1 of the Information**
   ❏ **Count(s):**   ❏ dismissed on oral motion of USA
   ❏ to be dismissed at sentencing

√ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **CRIMINAL TERM:**   ❏ **WAIVER OF SPEEDY TRIAL** filed.
**DISCOVERY DISCLOSURE DATE:**
√ **APPEARANCE BOND** executed
   ❏ Trial on _____; √ **Sentencing on January 11, 2006**
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
   ❏ Defendant requests time to secure new counsel