UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VS. | * |
| Ronald K Jackson | * CR NO. 1:05cr90 |
| | * |

## MOTION

Pursuant to Rule 32 of the <u>Federal Rules of Criminal Procedure</u>, and for good cause shown, the Government and the defendant request that the Court shorten the time limits prescribed by subdivision (e)(2). Upon disclosure of the presentence report, the Government and the defendant will promptly, but not later than ten days, communicate in writing to the probation officer, and to each other, any objections to the presentence report as described in subdivision (f)(1). The defendant and the Government request that the final report with addendum be disclosed no later than three days before the sentencing hearing.

X _____        _____
**Defendant**                                                    **Attorney for Defendant**

_____
**Attorney for Government**

## ORDER

**IT IS ORDERED** that the above motion be, and the same is, hereby granted. Sentencing in this case is set for _10:00Am_, on the _11th_ day of _January_, 2006.

_____
**United States Magistrate Judge** 11/8/05