COURTROOM DEPUTY MINUTES          DATE:  1/11/06    TIME:  11:00 – 11:05

MIDDLE DISTRICT OF ALABAMA

TAPE # 3049 at 798 to 941

❏ ARRAIGNMENT          ❏ CHANGE OF PLEA          ❏ CONSENT PLEA

❏ RULE 44(c) HEARING          √ SENTENCING

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*    **DEPUTY CLERK:** *WANDA STINSON*
**CASE NUMBER:**  *1:05CR90-CSC*    **DEFENDANT NAME:**  ROTARIO K. JACKSON
**AUSA:**  *SEAN TARANTINO*    **DEFENDANT ATTY:**  KEVIN BUTLER

Type Counsel: ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  ( ) FPD

**USPO:  BOB PITCHER**

Defendant _____ does __√__ does NOT need and interpreter.

Interpreter present?  __√__ NO  _____ YES   Name: _____

---

( ) COURT PROCEEDING: **SENTENCING**

| | |
|---|---|
| 11:00 a.m. | Court adopts the factual finds contained in the presentence report; |
| | There are no objections to the presentence report; |
| | Atty. Butler addresses the court; |
| | Sentence is stated: 1 yr. Prob; $25 SA; $250 fine due immediately; |
| | Court orders special conditions as stated; |
| | There are no objections to the sentence; |
| | Sentence is imposed as stated. |
| 11:05 a.m. | Sentencing concluded |