PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
for
The Middle District of Alabama

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **ROTARIO K. JACKSON**              Case Number:1:05CR00090-CSC

Name of Sentencing Judicial Officer: Honorable Charles S. Coody, Chief United States Magistrate Judge

Date of Original Sentence: January 11, 2006

Original Offense: Theft of Government Property; 18 U.S.C. § 641

Original Sentence: One year term of probation

Type of Supervision: Probation              Date Supervision Commenced: January 11, 2006

Assistant U.S. Attorney: Captain Ashlea T. Holt              Defense Attorney: Kevin Butler

## PETITIONING THE COURT

☐ To issue a warrant
■ To issue a summons

The Probation Officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**              **Nature of Noncompliance**

1. **Violation of special condition of probation which states, " The defendant shall pay a fine in the amount of $250, which is due immediately. Any balance remaining at the start of supervision shall be paid at the rate of $50 per month."**

On March 15, 2006, the probation officer reprimanded Jackson for his late fine payments. The probation officer instructed Jackson to submit a fine payment by the end of March 2006. Further, on March 24, 2006, the probation officer traveled to Jackson's residence, and reminded him to submit a fine payment by the end of March 2006. Jackson has failed to submit any payments toward his fine obligation as instructed. The balance remains $250.

2. **Violation of Standard Condition No. 2 which states, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."**

On March 15, 2006, the probation officer reprimanded Jackson for his late monthly supervision reports. The probation officer instructed him to submit monthly reports within the first five days of each month. Jackson has failed to submit monthly supervision reports for the months of April 2006, and May 2006.

3. **Violation of special condition of probation which states, " The defendant shall pay the U. S. District Court Clerk a special assessment fee of $25, which is due immediately."**

On January 11, 2006, the probation officer instructed Jackson to submit the $25 special assessment fee by February 5, 2006. Further, on March 15, 2006 and March 24, 2006, respectively, the probation officer reprimanded Jackson regarding his late payment. The probation officer instructed him to pay the $25 assessment fee by the end of March 2006. Jackson failed to pay the special assessment fee as instructed.

Offender Under Supervision

**4. Violation of Standard Condition No. 3 which states, "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**

On April 20, 2006, the probation officer traveled to Jackson's residence, and left a personal card with a message for Jackson to contact the probation officer and/or report to the probation office by April 21, 2006. Jackson failed to contact the probation officer.

On April 24, 2006, the probation officer sent a letter to Jackson's mailing address, and instructed him to report on May 2, 2006. Jackson failed to report as instructed.

On April 25, 2006, the probation officer traveled to Jackson's residence, and left a personal card with a message for Jackson to contact the probation officer, and also report to the probation office on May 2, 2006. Jackson failed to report or contact the probation officer as instructed.

**U. S. Probation Officer Recommendation:**

■ The term of supervision should be

　　■ revoked.
　　☐ extended for __ year, for a total term of __ years.

☐ The conditions of supervision should be modified.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2006.

　　/s/ Brad Brockett
　　Brad Brockett, United States Probation Officer

Reviewed and Approved:

　　/s/ Robert A. Pitcher
Robert A. Pitcher, Senior U. S. Probation Officer/OIC

THE COURT ORDERS:
☐ The Issuance of a Summons
☐ The Issuance of a Warrant
☐ No Action
☐ Other

　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　　Date