IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05CR90-CSC |
| | ) | |
| ROTARIO K. JACKSON | ) | |

## **ORDER**

For good cause, it is

**ORDERED** that a Final Revocation hearing on the Petition to Revoke the defendant's Probation be and is hereby set for **July 11, 2006** at **10:00 a.m.**, before United States Magistrate Judge Delores R. Boyd, Room 342, Soldier Service Center, Ft. Rucker, Alabama.

Done this 10th day of May, 2006.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE