IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CR. NO.: 1:05CR90-DRB |
| ) | |
| ROTARIO K. JACKSON    ) | |

### UNITED STATES' MOTION FOR SUBSTITUTION OF COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby respectfully requests the Court to substitute Special Assistant United States Attorney Nathan T. Golden as counsel of record for the United States of America in this matter in place of Special Assistant United States Attorney Sean P. Tarantino.

Respectfully submitted this the 17th of May, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Sean P. Tarantino
SEAN P. TARANTINO
IL Bar No.:6279909
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
(334) 255-9141

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 1:05CR90-DRB |
| V. | ) |
| | ) |
| ROTARIO K. JACKSON | ) |
| | ) |

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2006, I electronically filed there foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Kevin Butler, Attorney for Rotario K. Jackson.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Sean P. Tarantino
SEAN P. TARANTINO
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869