IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05cr90-CSC |
| | ) | |
| ROTARIO K. JACKSON | ) | |

**ORDER**

Now pending before the court is the motion to substitute counsel (doc. # 29) filed by the United States. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to substitute (doc. # 29) be and is hereby GRANTED. It is further

ORDERED that Special Assistant United States Attorney Nathan Golden be and is hereby substituted for Special Assistant United States Attorney Sean P. Tarantino. Golden shall file a notice of appearance in this case.

Done this 23rd day of May, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE