IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __SOUTHERN__ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Ft. Rucker__, ALABAMA

DATE COMMENCED __7-11-2006__ AT __11:20__ (A.M.)/P.M.

DATE COMPLETED __7-11-2006__ AT __11:45__ (A.M.)/P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) (Criminal   Case No. 1:05CR90-CSC |
| ROTARIO K. JACKSON | ) ☒Civil |

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| Golden | Don Bethel |

**COURT OFFICIALS PRESENT**

S. Q. Long, Jr., Clerk

**PROCEEDINGS**

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: __PROBATION REVOCATION HEARING__

11:20 am: Court convenes;
Oral M/Appt Counsel -
Oral Order Appt.
Federal Defender;
Deft. oral M/Cont.
Oral Order granting
Cont.
Court is recessed.