UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO.: 1:05CR00090-DRB |
| | ) | |
| ROTARIO K. JACKSON | ) | |
| | ) | |

## ORDER

It appearing to the Court that Rotario K. Jackson, the probationer herein, was placed on probation for a period of 12 months on January 11, 2006. On May 8, 2006, a Petition for a Warrant or Summons for Offender Under Supervision was filed with the U. S. District Court Clerk for the Middle District of Alabama.

On the recommendation of the Probation Officer, and for good and sufficient cause shown to the Court, the Petition for a Warrant or Summons for Offender Under Supervision, filed on May 8, 2006, is hereby dismissed.

DONE this 27th day of September, 2006.

/s/ Delores R. Boyd
Delores R. Boyd
U. S. MAGISTRATE JUDGE